1   TAMANY VINSON BENTZ, (SBN 258600)
    tamany.bentz@dlapiper.com
2   NICOLE ORJIAKOR, (SBN 271093)
    nicole.orjiakor@dlapiper.com
3   TYLER ANTHONY, (SBN 305652)
    tyler.anthony@dlapiper.com
4   **DLA PIPER LLP (US)**
    2000 Avenue of the Stars
5   Suite 400 North Tower
    Los Angeles, California  90067-4704
6   Tel:  310.595.3000
    Fax:  310.595.3300
7
    Attorneys for Defendant
8   DOLLAR GENERAL CORPORATION

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  SWIFT HARVEST USA, LLC, a          CASE NO.  2:17-cv-08644-DMG-GJS
    California Limited Liability Company,
14                                     **DEFENDANT DOLLAR GENERAL
                 Plaintiff,            CORPORATION'S STATEMENT
15                                     OF UNCONTROVERTED FACTS
        v.                             AND SUPPORTING EVIDENCE**
16
    DOLLAR GENERAL                     Date:  October 19, 2018
17  CORPORATION, a Tennessee           Time:  9:30 a.m.
    corporation, DOES 1-10,            Ctrm:  8C
18
                 Defendant.
19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)    WEST\283554719.1
  LOS ANGELES
                      STATEMENT OF UNCONTROVERTED FACTS

|  | Dollar General's Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| **The Agreements** | | |
| 1. | There is an undated agreement between Aquawood LLC and Focus Brand Limited. | Declaration of Tamany Vinson Bentz at Ex. A, SH000046-59. |
| 2. | The recitals in the agreement between Aquawood and Focus define the relevant intellectual property. | *Id.* at SH000046. |
| 3. | The recitals of the agreement between Aquawood and Focus state that "Aquawood is the exclusive owner of the children's water sprinkler toy, the 'Wigglin' Water Sprinkler,' … and all proprietary and intellectual property rights therein." | *Id.* |
| 4. | The recitals of the agreement between Aquawood and Focus state that "Aquawood is | *Id.* |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | the exclusive owner of the children's water sprinkler toy, the 'Cyclone Spin Sprinkler' … and all proprietary and intellectual property rights therein." | |
| 5. | The recitals of the agreement between Aquawood and Focus state that "Aquawood is the exclusive owner of the photograph attached as Exhibit C, hereinafter referred to as the 'WW Demo Photo,' and all proprietary and intellectual property rights therein." | *Id.* |
| 6. | The recitals of the agreement between Aquawood and Focus state that "Aquawood is the exclusive owner of the photograph attached as Exhibit D, hereinafter referred to as the | *Id.* |

| | | |
|---|---|---|
| | 'Wigglin' Water Sprinkler Packagin,' and all proprietary and intellectual property rights therein." | |
| 7. | The recitals of the agreement between Aquawood and Focus state that "Aquawood is the exclusive owner of the photograph attached as Exhibit E, hereinafter referred to as the 'Cyclone Spin Sprinkler Packagin,' and all proprietary and intellectual property rights therein." | *Id*. |
| 8. | The agreement between Aquawood and Focus states: "Acquawood hereby assigns to Focus any and all of Aquawood's ownership, rights, title and interest, including intellectual property rights under United States law and | *Id*. at SH000047. |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | goodwill associated therewith, in and to the Wigglin' Water Sprinkler, Cyclone Spin Sprinkler, WW Demo Photo, Wigglin' Water Sprinkler Packaging, and Cyclone Spin Sprinkler Packaging." | |
| 9. | INTENTIONALLY OMMITTED | INTENTIONALLY OMMITTED |
| 10. | INTENTIONALLY OMMITTED | INTENTIONALLY OMMITTED |
| 11. | The agreement between Aquawood and Focus states: "This Agreement is a single integrated, written contract expressing the Parties' entire agreement relative to the subject matter hereof.  No recitals, covenants, agreements, representations or warranties of any kind whatsoever have been | *Id*. at SH000049. |

DLA Piper LLP (US)
Los Angeles

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | made or have been relied upon by any Party hereto, except as specifically set forth in this Agreement. All prior discussions and negotiations have been or are merged and integrated into, and are superseded by, this Agreement." | |
| 12. | The agreement between Aquawood and Focus states: "[e]ach Party has carefully read and reviewed [the] Agreement . . . [and,] does not rely upon any statement, representation, legal opinion, accounting opinion or promise of any other Party or any person representing such other Party, in executing this Agreement . . . except as expressly stated in this Agreement." | *Id.* at SH000048. |
| 13. | The only reference to consideration in the | *Id.* at SH000047. |

| | | |
|---|---|---|
| | agreement between Aquawood and Focus is the generic statement "in consideration of the foregoing and the terms and material representations set forth herein, the Parties agree as follows…." | |
| 14. | Aquawood LLC was formed on November 5, 2007 | Bentz Decl. at Ex. I, Articles of Organization |
| 15. | There is an agreement between Focus Brand Limited and Banzai International Limited that is dated June 26, 2017. | Declaration of Tamany Vinson Bentz at Ex. B, SH000066-71. |
| 16. | This agreement is to be construed pursuant to California law and the venue for enforcement of the agreement is California. | *Id*. at SH000070. |
| 17. | The recitals of the agreement between Focus and Banzai state that "Focus is the assignee of | *Id*. at SH000066. |

| | | |
|---|---|---|
| | the children's water sprinkler toy, the 'Wigglin' Water Sprinkler,' … and all proprietary and intellectual property rights therein." | |
| 18. | The recitals of the agreement between Focus and Banzai state that "Focus is the assignee of the children's water sprinkler toy, the 'Cyclone Spin Sprinkler' … and all proprietary and intellectual property rights therein." | *Id.* |
| 19. | The agreement between Focus and Banzai states: "Focus hereby assigns to Banzai any and all of Focus's ownership, rights, title and interest, including intellectual property rights under United States law and goodwill associated | *Id.* at SH000067 |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | therewith, in and to the Wigglin' Water Sprinkler, Cyclone Spin Sprinkler, WW Demo Photo, Wigglin' Water Sprinkler Packaging, and Cyclone Spin Sprinkler Packaging." | |
| 20. | The agreement between Focus and Banzai states "Focus is the assignee of the photograph attached as Exhibit D, hereinafter referred to as the 'Wigglin' Water Spinkler Packaging,' and all proprietary and intellectual property rights therein." | *Id*. at SH000066 |
| 21. | The agreement Focus and Banzai states "Focus is the assignee of the photograph attached as Exhibit E, hereinafter referred to as the 'Cyclone Spin Spinkler Packaging,' and all proprietary and | *Id*. |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | intellectual property rights therein." | |
| 22. | The agreement between Focus and Banzai states: "This Agreement is a single integrated, written contract expressing the Parties' entire agreement relative to the subject matter hereof.  No recitals, covenants, agreements, representations or warranties of any kind whatsoever have been made or have been relied upon by any Party hereto, except as specifically set forth in this Agreement. All prior discussions and negotiations have been or are merged and integrated into, and are superseded by, this Agreement." | *Id.* at SH000069. |
| 23. | The agreement between Focus and Banzai states: "[e]ach Party has carefully | *Id.* at SH000068. |

DLA PIPER LLP (US)
LOS ANGELES

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | read and reviewed [the] Agreement . . . [and,] does not rely upon any statement, representation, legal opinion, accounting opinion or promise of any other Party or any person representing such other Party, in executing this Agreement . . . except as expressly stated in this Agreement." | |
| 24. | The only reference to consideration in the agreement between Focus and Banzai is the generic statement "in consideration of the foregoing and the terms and material representations set forth herein, the Parties agree as follows…." | *Id.* at SH000067 |
| 25. | There is an undated agreement between Banzai International Limited and Swift | Bentz Decl. at Ex. C, SH000060-65. |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | Harvest LLC. | |
| 26. | The recitals of the agreement between Banzai and Swift Harvest state that "Banzai is the assignee of the children's water sprinkler toy, the 'Wigglin' Water Sprinkler,' … and all proprietary and intellectual property rights therein." | *Id*. at SH000060. |
| 27. | The recitals of the agreement between Banzai and Swift Harvest state that "Banzai is the assignee of the children's water sprinkler toy, the 'Cyclone Spin Sprinkler' … and all proprietary and intellectual property rights therein." | *Id*. |
| 28. | The agreement between Banzai and Swift Harvest states: "Banzai hereby assigns to Focus any and all of Banzai's ownership, | *Id*. at SH000061. |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | rights, title and interest, including intellectual property rights under United States law and goodwill associated therewith, in and to the Wigglin' Water Sprinkler, Cyclone Spin Sprinkler, WW Demo Photo, Wigglin' Water Sprinkler Packaging, and Cyclone Spin Sprinkler Packaging." | |
| 29. | The agreement between Banzai and Swift Harvest states "Banzai is the assignee of the photograph attached as Exhibit D, hereinafter referred to as the 'Wigglin' Water Spinkler Packaging,' and all proprietary and intellectual property rights therein." | *Id.* at SH000060. |
| 30. | The agreement Banzai and Swift Harvest states | *Id.* |

DLA Piper LLP (US)
Los Angeles

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | "Banzai is the assignee of the photograph attached as Exhibit E, hereinafter referred to as the 'Cyclone Spin Spinkler Packaging,' and all proprietary and intellectual property rights therein." | |
| 31. | The agreement between Banzai and Swift Harvest states: "This Agreement is a single integrated, written contract expressing the Parties' entire agreement relative to the subject matter hereof.  No recitals, covenants, agreements, representations or warranties of any kind whatsoever have been made or have been relied upon by any Party hereto, except as specifically set forth in this Agreement. | *Id.* at SH000063 |

| | | |
|---|---|---|
| | All prior discussions and negotiations have been or are merged and integrated into, and are superseded by, this Agreement." | |
| 32. | The agreement between Banzai and Swift Harvest states:<br><br>"[e]ach Party has carefully read and reviewed [the] Agreement . . . [and,] does not rely upon any statement, representation, legal opinion, accounting opinion or promise of any other Party or any person representing such other Party, in executing this Agreement . . . except as expressly stated in this Agreement." | *Id.* at SH000062. |
| 33. | The only reference to consideration in the agreement between Banzai and Swift Harvest is the generic statement "in consideration of the | *Id.* at SH000061. |

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | foregoing and the terms and material representations set forth herein, the Parties agree as follows….” | |
| 34. | The signature of Frank Ting on the agreement between Banzai and Swift Harvest is dated July 25, 2017. | *Id*. at SH000065 |

**Copyright Registrations**

| | | |
|---|---|---|
| 35. | Swift Harvest does not have a registered copyright in the Banzai Wigglin' Water Sprinkler. | Doc. 27, First Amended Complaint at ¶ 16. |
| 36. | On or about June 15, 2017, Focus filed an application to register the Banzai Wigglin' Water Sprinkler with the U.S. Copyright Office. | *Id*. |
| 37. | Focus' application for registration was denied on March 12, 2018. | *Id*. |
| 38. | The letter from the U.S. Copyright Office states: "We cannot issue a | Bentz Decl. at Ex. E. |

DLA PIPER LLP (US)
LOS ANGELES

-16-

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | copyright registration for your work because it is a useful article that does not contain any copyrightable authorship needed to sustain a claim to copyright." | |
| 39. | Focus filed a request to reconsider the application, which was denied on August 10, 2018. | Doc. 27, First Amended Complaint at ¶ 16. |
| 40. | The copyright application for the Banzai Wigglin' Water Sprinkler sates that the work was created in 2003 as a work for hire for Aquawood LLD. | Bentz Decl. at Ex. D. |
| 41. | On June 15, 2017, Focus filed a copyright application for the Banzai Cyclone Spin Sprinkler with the U.S. Copyright Office | Doc. 27, FAC at ¶ 18 Bentz Decl. at Ex. F. |
| 42. | The application for the Banzai Cyclone Spin Sprinkler states that it was created in 2011 as a work | Bentz Decl. at Ex. F. |

DLA PIPER LLP (US)
LOS ANGELES

WEST\283554719.1

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | made for hire for Aquawood LLC. | |
| 43. | On July 25, 2018, Focus filed an application for copyright registration for the Wigglin' Water Sprinkler Demo Photograph with the U.S. Copyright Office. | Doc. 27, FAC at ¶ 17 Bentz Decl. at Ex. G. |
| 44. | The application to register the Wigglin' Water Sprinkler Demo Photograph lists Focus Brand Limited as the claimant. | Bentz Decl. at Ex. G. |
| 45. | The application to register the Wigglin' Water Sprinkler Demo Photograph states that it was created and published in 2003 as a work made for hire for Aquawood LLC. | *Id.* |
| **Asserted Products** | | |
| 46. | Swift Harvest does not sell or market the Asserted Toys. | Bentz Decl. at Ex. H at 2. |

DLA PIPER LLP (US)
LOS ANGELES

STATEMENT OF UNCONTROVERTED FACTS

| 47. | The Banzai Wigglin' Water Sprinkler is a children's water sprinkler toy consisting of a 12 foot long brightly-colored hose (orange or yellow in most instances) with 15 sprinkler arms of varying colors.  The toy includes three brightly-colored cylindrical pods (orange or blue in most instances) to stabilize the hose. When connected to a running garden hose, the Banzai Wigglin' Water Sprinkler 'comes to life' and 'dances' as water sprays out from the ends of the toy's arms. | *Id.* at 5-6 |
| 48. | The Banzai Wigglin Water Sprinkler packaging consists of a circular, clear plastic container, in which the product is coiled similar to a garden hose. | *Id.* |

WEST\283554719.1

-19-

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| 49. | The Banzai Cyclone Spin Sprinkler is a children's water sprinkler that operates in a similar fashion to the Banzai Wigglin' Water Sprinkler. | *Id.* |
| 50. | The Banzai Cyclone Spink Sprinkler consists of three brightly-colored, star-shaped rings (one inside the other). The rings are held up by a dual-colored base/stem, consisting of blue pain imitative of water splash, complemented by a bright fill surrounding the splash. The Banzai Cyclone Spin Sprinkler spins and sprays water from small holes within each ring in a swirling, random fashion when connected to a running garden hose. | *Id.* |
| 51. | The Banzai Cyclone Spin Sprinkler packaging | *Id.* |

DLA PIPER LLP (US)
LOS ANGELES

STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | consists of an upright rectangular box featuring an orange and blue color pattern.  At the base of the packaging is an open shelf where the water sprinkler toy sits and is in open view to the consumer. | |

Dated:  September 21, 2018          DLA PIPER LLP (US)

By: /s/ Tamany Vinson Bentz
TAMANY VINSON BENTZ
Attorneys for Defendant
DOLLAR GENERAL CORPORATION

DLA Piper LLP (US)
Los Angeles

STATEMENT OF UNCONTROVERTED FACTS