**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIFT HARVEST USA, LLC, | Case No. CV 17-8644-DMG (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DOLLAR GENERAL CORPORATION, | |
| Defendant. | |

On December 28, 2018, the Court granted Defendant Dollar General Corporation's Motion for Summary Judgment.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Swift Harvest USA, LLC and in favor of Defendant Dollar General Corporation.

DATED: December 28, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE